## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DANIEL LUGO,

      Plaintiff,

**CASE NO.: 9:22-81930-KAM**

vs.

2197 N. OCEAN BLVD,
      Defendant

_____/

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Daniel Lugo ("Plaintiff") and Defendant, 2197 N. Ocean Blvd. ("Defendant"),

(collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court

that a settlement has been reached in the above- captioned matter.

**Dated**: March 22, 2023

By:*/s/  Lee D. Sarkin*
Lee. D. Sarkin, Esq.
Florida Bar No. 962848
4700 N,W. Boca Raton Blvd.
Suite 302
Boca Raton, FL 33431
Telephone: 561-994-6922
lsarkin@aol.com
*Counsel for Plaintiff*

By: */s/Zascha Abbott*
Zascha Abbott, Esq.
Florida Bar No.: 614671
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Ft. Lauderdale, FL 33301
Telephone- (954) 728-1280
Zascha.Abbott@lewisbrisbois.com
*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on March 22, 2023, copy of the foregoing was electronically

filed via the CM/ECF that  will e-mail a copy to all counsel of record.


BY: <u>/s/ *Zascha Blanco Abbott*                    </u>
Zascha Blanco Abbott, Esq.